No. 571. KINSELLA, WARDEN, v. UNITED STATES EX REL. SINGLETON. Appeal from the United States District Court for the Southern District of West Virginia. Motion of the appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. *Solicitor General Rankin, Assistant Attorney General White,*

*Harold H. Greene* and *William A. Kehoe, Jr.* for the United States. *Frederick Bernays Wiener* for appellee.